UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WOMACK,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIN NEWSOME, et al.,<br><br>    Defendants. | Case No. 20-cv-04003-SI<br><br>**JUDGMENT** |

This action is dismissed because the judge-defendants have absolute judicial immunity and the complaint does not state a claim against the other defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 10, 2020

_____
SUSAN ILLSTON
United States District Judge